NO. 07-11-0333-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL A

 OCTOBER 27, 2011
 ______________________________

 THERESA MICHELLE SCHILLING, APPELLANT

 V.

 DOUGLAS HERMAN SCHILLING, APPELLEE

 _________________________________

 FROM THE 242[ND] DISTRICT COURT OF CASTRO COUNTY;

 NO. B9019-0906; HONORABLE ED SELF, JUDGE

 _______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Appellee, Douglas Herman Schilling, filed suit for divorce against Appellant, Theresa Michelle Schilling. Following rendition of the Final Decree of Divorce, Theresa perfected this appeal to challenge the awards in the decree. Pending before this Court is Theresa's Unopposed Motion to Dismiss in which she represents that she no longer desires to pursue this appeal. The Certificate of Conference provides that after conferring with opposing counsel, Douglas is not opposed to the granting of the motion.
 Without passing on the merits of the appeal, Theresa's motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). No agreement by the parties on costs having been presented to this Court, costs will be taxed against Theresa. Tex. R. App. P. 42.1(d). Having dismissed the appeal at Theresa's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

 Patrick A. Pirtle
 Justice